# EXHIBIT A

8/14/2019 4:40 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 35974082
By: Nelson Cuero
Filed: 8/14/2019 4:40 PM

Certified Document Number: 86655651 - Page 1 of 6

CAUSE NO._____

| | | |
|---|---|---|
| EDGAR SPINOSO, INDIVIDUALLY, | § | IN THE DISTRICT COURT OF |
| AND AS PERSONAL REPRESENTATIVE | § | |
| OF THE ESTATE OF CARLOTA SPINOSO, | § | |
| ELVIA BESIL, | § | |
| AND | § | |
| HAFFAN PROPERTIES, LLC, | § | HARRIS COUNTY, TEXAS |
|     *PLAINTIFFS* | § | |
| | § | |
| V. | § | |
| | § | |
| BLUE CROSS AND BLUE SHIELD OF TEXAS, | § | |
| A DIVISION OF HEALTH CARE SERVICE | § | |
| CORPORATION, | § | |
|     *DEFENDANT* | § | _____ JUDICIAL DISTRICT COURT |

---

### PLAINTIFFS' ORIGINAL PETITION

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW**, Edgar Spinoso, Individually and as Personal Representative of the Estate of Carlota Spinoso, Elvia Besil, and Haffan Properties, LLC, and for cause of action against Blue Cross and Blue Shield of Texas would respectfully show the following:

### PARTIES

Plaintiffs Edgar Spinoso and Elvia Besil are legal residents of the State of Texas. Edgar Spinoso is the administrator of the Estate of Carlota Spinoso who was a resident of Texas at the time of her death.

Plaintiff Haffan Properties LLC is a Texas corporation.

Defendant Blue Cross and Blue Shield of Texas is a division of Health Care Service Corporation. Blue Cross and Blue Shield of Texas has its principal place of business in Texas. It has entered into a written agreement with Plaintiffs through, and its policy was issued by, its agent in Harris County, Texas. The parties' agreement provides that all disputes shall be resolved in

*Plaintiffs' Original Petition*      1

Texas. Blue Cross and Blue Shield/Health Care Service Corporation (hereafter referred to collectively as "BCBS") may be served with process through its registered agent, Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78707-3218.

<strong>JURISDICTION AND VENUE</strong>

The Court has jurisdiction over the subject matter of this action because it is a court of general jurisdiction and the amount in controversy is within its jurisdictional limits.

The Court has personal jurisdiction over BCBS because it has entered into a contract with residents and citizens of Texas and has agreed to the jurisdiction of this court.

Venue is proper because the contract forming the basis of this suit was issued in Harris County and this cause of action or a part thereof arose in Harris County.

<strong>FACTS</strong>

Plaintiffs Edgar Spinoso and Elvia Besil were the parents of Carlota Spinoso. In 2017 and 2018 Elvia Besil and her daughter Carlota Spinoso had medical insurance with Blue Cross Blue Shield of Texas. A copy of the "Group Administration Document", which provides that it is a contract between the parties, is attached to this Original Petition as Exhibit A.

In mid 2017, while Elvia Besil and Carlota Spinoso were visiting Mexico, Carlota became ill. She underwent emergency treatment in Mexico City and was admitted to hospitals there where she was treated for cancer. Carlota remained too ill to be moved, and subsequently died while hospitalized in Mexico. Due to the nature and severity of Carlota's illness it was not reasonably possible for Plaintiffs to obtain preauthorization from Defendant for the medical care. Further, preauthorization was not required by the certificate of coverage provided to Plaintiffs by Blue Cross and Blue Shield's agent.

Certified Document Number: 86655651 - Page 2 of 6

Plaintiffs were emotionally devastated by the death of their daughter, who was only 5 years old. When they had recovered from their grief they filed claims with Blue Cross and Blue Shield for reimbursement of medical expenses incurred in connection with Carlota's illness. Defendant acknowledged coverage for such claims but denied the claims stating that the BCBS "Plan" contained a "claim filing deadline" and that the claims were submitted "after this deadline".

The contract between the parties, attached as Exhibit A, provides, in pertinent part:

> "If participants are outside the United States, Puerto Rico, or the U.S. Virgin Islands (hereafter the "BlueCard Service Area") they may be able to take advantage of the Blue Cross Blue Shield Global Core when accessing covered health care services…

> ..when participants receive care from providers outside the BlueCard service area, the Participants will typically have to pay the service providers and submit the forms themselves to obtain reimbursement for these services".

The parties' contract does not contain any "claim filing deadline" for services provided outside the United States, Puerto Rico, or the U.S. Virgin Islands.

The "Benefits Booklet" describes a "claim filing deadline" of 90 days or 12 months for services provided in the United States, but services provided outside the United States, Puerto Rico, and the U.S. Virgin Islands are covered by an Amendment to the Benefits Booklet that contains no such deadline for filing claims for reimbursement.

<u>**CAUSES OF ACTION**</u>

*Breach of Contract*

By refusing to pay Plaintiffs' claims for reimbursement Defendants have breached their contract with Plaintiffs.

*Violation of the Texas Insurance Code*

The Texas Insurance Code provides that it is an unfair or deceptive act or practice in the business of insurance to make, issue or circulate or cause to be made, issued, or circulated an estimate, illustration, circular, or statement misrepresenting, *inter alia*:

A.   the terms of a policy issued or to be issued;

B.   the benefits or advantages promised by the policy;

C.   misrepresenting to an insured a material fact or policy provision relating to coverage at issue;

D.   failing in good faith to effectuate a prompt, fair, and equitable settlement of a claim;

E.   failing to provide the insured with a reasonable explanation of the basis for denying a claim;

F.   refusing to pay a claim without conducting a reasonable investigation.

The Insurance Code further provides that any person who sustains actual damages caused by conduct defined as an unfair or deceptive act or practice in the business of insurance, or by an insurer's violation of any act prohibited by §17.46(b) of the Texas Business & Commerce Code may bring a private action to recover such damages and attorneys' fees,  together with treble damages if the trier of fact finds that the insurer acted knowingly.

Based upon, *inter alia*, the facts set forth above Blue Cross and Blue Shield has engaged in unfair or deceptive acts and practices in the business of insurance in connection with the processing, evaluation, and denial of Plaintiffs' claims. Blue Cross and Blue Shield has further violated §§17.46(b)(5, 12, and 14) among others that may be shown at trial.

*Breach of Common Law Duty of Good Faith and Fair Dealing*

Under Texas law an insurance policy is a unique contract because the insurer has exclusive control over the processing, evaluation, and denial of claims and can easily use that control to take advantage of its insured. Texas law therefore imposes upon an insurer a common law duty of good faith and fair dealing which the insured violates, *inter alia*, when there is no reasonable basis denying or delaying payment of benefits.

*Violations of the Deceptive Trade Practices Act*

Alternatively, if the contract at issue does not cover Carlota Spinoso's medical expenses Defendant has violated the provisions of the Texas Business & Commerce Code Chapter 17, also known as the Deceptive Trade Practices Act. Specifically, the conduct described above violates, *inter alia*, §§17.46(a)(5), 17.46(a)(12), 17.46(a)(24), 17.50(a)(3) and 17.50(a)(4).

### DAMAGES

Plaintiffs seek monetary relief over $1,000,000.00. Plaintiffs also claim multiple damages pursuant to the provisions of the Texas Insurance Code and the Texas Deceptive Trade Practices Act as well as exemplary damages for the Defendant's breach of its common law duty of good faith and fair dealing.

### ATTORNEYS' FEES

Plaintiffs are entitled to recover attorneys' fees under applicable law.

### CONDITIONS PRECEDENT

All conditions precedent to Plaintiffs' right to bring this action and to recover the relief and damages sought have been performed or have occurred.

Certified Document Number: 86655651 - Page 5 of 6

<u>**P**RAYER</u>

WHEREFORE, Plaintiffs pray that Defendant be cited to appear and answer herein, and that upon the trial hereof Plaintiffs have and recover their damages as assessed by the trier of fact together with multiple damages, attorneys' fees, costs, and interest as provided by law, and for such other and further relief as they may be entitled to receive.

Respectfully submitted,

**THE SYDOW FIRM**

/s/ Michael D. Sydow
Michael D. Sydow
Texas Bar No. 19592000
michael.sydow@thesydowfirm.com
3355 W. Alabama, Suite 444
Houston, Texas 77098
(713) 622-9700 [Telephone]
(713) 552-1949 [Telecopier]

***Attorney for Plaintiffs***

Certified Document Number: 86655651 - Page 6 of 6



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   September 13, 2019

Certified Document Number:      86655651 Total Pages:  6

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# EXHIBIT
# A

Certified Document Number: 86655652 - Page 1 of 27



## GROUP ADMINISTRATION DOCUMENT

**WHEREAS**, the "Contractholder" or "Employer" has purchased health care insurance from **Blue Cross and Blue Shield of Texas, a Division of Health Care Service Corporation** (herein called "BCBSTX" or "Carrier") Richardson, Dallas County, Texas, and has executed a Benefit Program Application; and

**WHEREAS**, the Benefit Program Application establishes the Contract Effective Date and the Account Number(s) of the Contractholder under this Contract; and

**WHEREAS**, BCBSTX hereby accepts such Benefit Program Application, subject to the financial and administrative relationships and responsibilities of both parties for the purpose of providing health care benefits on behalf of eligible Participants;

**NOW THEREFORE**, this Contract is issued in consideration of the Benefit Program Application and of the timely payment of premiums as required herein. This Contract shall become effective on the Contract Effective Date specified on the Benefit Program Application and will be continued in effect by the payment of premiums at the rates determined by the Carrier in accordance with the provisions in Premiums until terminated as provided in Termination of Coverage.

**IN WITNESS WHEREOF**, the Carrier has caused this Contract to be executed at its Administrative Office in Richardson, Texas.

Blue Cross and Blue Shield of Texas,
a Division of Health Care Service Corporation,
a Mutual Legal Reserve Company

President of Blue Cross and Blue Shield of Texas

**This is not a contract of Workers' Compensation insurance. The Employer does not become a subscriber to the Workers' Compensation system by purchasing this contract, and if the Employer is a nonsubscriber, the Employer loses those benefits which would otherwise accrue under the Workers' Compensation laws. The Employer must comply with the Workers' Compensation law as it pertains to nonsubscribers and the required notifications that must be filed and posted.**

A Division of Health Care Service Corporation, a Mutual Legal Reserve Company,
an Independent Licensee of the Blue Cross and Blue Shield Association

Certified Document Number: 86655652 - Page 3 of 27

# TABLE OF CONTENTS

INTRODUCTION ............................................................................................................. 3

I.    DEFINITIONS ....................................................................................................... 3

II.   ELIGIBILITY FOR COVERAGE; EFFECTIVE DATES; RECORDS OF
PARTICIPANT ELIGIBILITY AND ADJUSTMENTS ....................................... 4

III.  PREMIUMS ........................................................................................................... 5

IV.  TERMINATION OF COVERAGE ....................................................................... 7

V.   REPLACEMENT OF COVERAGE ...................................................................... 8

VI.  GENERAL PROVISIONS .................................................................................... 9

VII.  INTER-PLAN ARRANGEMENTS ..................................................................... 17

VIII. NOTICE OF ANNUAL MEETING ................................................................... 21

IMPORTANT INFORMATION ABOUT COVERAGE UNDER THE TEXAS LIFE, ACCIDENT,
HEALTH AND HOSPITAL SERVICE INSURANCE GUARANTY ASSOCIATON ............................. 22

EXHIBIT A. PLAN SERVICE AREA LISTING ................................................... 23

Certified Document Number: 86655652 - Page 4 of 27

TXGADSM.OFF.EX.6.2018

## INTRODUCTION

The Contract between the Employer and BCBSTX is written in parts:

1.      This Group Administration Document;

2.      The Benefit Program Application;

3.      The Benefit Booklet(s); and

4.      Any other applications, Schedule(s) of Coverage, riders, new group rates letter ("Letter"), renewal exhibit ("Exhibit"), enclosures, addenda, exhibits, and amendments to any of them.

This Group Administration Document contains those aspects of the Contract more specifically applicable to the Employer. The Benefit Booklet contains information more specifically applicable to Participants. In the event of any conflict between any components of the health care benefit program, this Group Administration Document prevails.  All statements made by the Contractholder and Participants shall, in the absence of fraud, be deemed representations and not warranties, and no such statements shall be used in defense to a claim under the Contract, unless it is contained in a written application.  No change in the Contract shall be valid unless approved by an executive officer of the Carrier and unless such approval is endorsed hereon or attached hereto.  No agent has authority to change the Contract or to waive any of its provisions.  The issuance of this Group Administration Document supersedes all previous contracts of Contracts between the Contractholder and the Carrier which are in force on the Group Contract Date of this Group Administration Document

## I.  DEFINITIONS

Additional definitions applicable to the Contract are contained in the Benefit Booklet and the Benefit Program Application. As used throughout the Contract:

**Benefit Booklet** means the document issued by BCBSTX to the Employer, via an electronic file or access to an electronic file, if applicable, as specified on the Benefit Program Application, for delivery to each Employee. The Benefit Booklet describes the health care benefit program purchased by the Employer, including benefits, limitations, exclusions and requirements of the Contract, and being administered by BCBSTX pursuant to the Contract.

**Benefit Program Application** means the initial application for the Contract. When fully executed, the Benefit Program Application, as determined by BCBSTX, shall become a part of the Contract.  For the purposes of this Contract, the term "BPA" includes, if applicable, the initial Schedule of Specifications and/or contract and/or applications signed by the Employer, and any subsequent Schedules of Specifications and/or contract and/or applications and amendments thereto.

**Contract** means this Group Administration Document between the Contractholder and BCBSTX; the Benefit Booklet(s); the Benefit Program Application; and any other applications, Schedule(s) of Coverage, Schedule(s) of Specifications, riders, enclosures, addenda, exhibits, and amendment to any of them**.**

**Contract Anniversary Date** means the month, day, and year specified in the Benefit Program Application and the corresponding date in each year thereafter for as long as the Contract is in force.

**Contract Effective Date** means the month, day and year specified in the Benefit Program Application on which coverage for the Small Employer's Contract with BCBSTX commences.

**Employee** means an individual employed by a Small Employer.

A.  For purposes of this plan, the term *Employee* will also include those individuals who are no longer an Employee of the Small Employer, but who are participants covered under the Consolidated Omnibus Budget Reconciliation Act (COBRA) or continued under the appropriate provisions of the *Texas Insurance Code.*

Certified Document Number: 86655652 - Page 5 of 27

B. If specified as eligible on the Benefit Program Application, Employees who have retired under the Small Employer's established procedures, whether by either individual selection by the Small Employer or the Employee to be included in a retiree classification, may continue coverage under this Contract.

**Medicare** means the programs established by Title XVIII of the Social Security Act (42 U.S.C. section 1395 et seq.).

**Medicare Secondary Payer ("MSP")** means those provisions of the Social Security Act set forth in 42 U.S.C. section 1395y(b), and the implementing regulations set forth in 42 C.F.R. Part 411, as amended, which regulate the manner in which certain employers may offer group health care coverage to Medicare–eligible Employees, their spouses and, in some cases, Dependent children.

**Plan Service Area** (Applicable only if Managed Health Care coverage is purchased by the Employer) means the geographical area(s), used to determine eligibility for Managed Health Care Plan benefits.

A. The geographical area(s) documented in the attached **Exhibit A. - Plan Service Area Listing,** shall be the Plan Service Area for Participants enrolled in the Managed Health Care coverage under this Contract.

B. If the Employee lives or resides in the Plan Service Area, coverage will be available for him and all his Dependents. An Employee living or residing outside the Plan Service Area may elect coverage for himself and all of his Dependents if his place of employment is located within the Plan Service Area.

C. An Employee living, working or residing outside of the Plan Service Area will be covered by Traditional Medical Benefit coverage that will be issued under a separate contract, when necessary.

D. Only Network Providers can provide or arrange for In-Network services under the Managed Health Care Plan provisions.

E. BCBSTX shall annually furnish Provider Network directories to each Employee enrolled under Managed Health Care coverage. These directories list names, locations, and other information specific to those Network Physicians, Hospitals, and other health care providers and facilities in the Plan Service Area.

**Service Mark** means the names "Blue Cross" and/or "Blue Shield" and the associated logos, along with all related or derivative marks including, but not limited to, any Blue Cross or Blue Shield formulations or designs

**Small Employer** (hereafter called Employer) means an employer (individual, corporation, partnership, or other legal entity) whose total employee count would meet the definition of a small employer group consistent with applicable state and federal law.

**"Surcharges"** means local, state or federal taxes, surcharges or other fees or amounts, including, but not limited to amounts due in connection with the Health Insurer Fee and the Reinsurance Fee (defined below), paid by BCBSTX which are imposed upon or resulting from the Contract, or are otherwise payable by BCBSTX. Surcharges may or may not be related to a particular claim for benefits.

## II. ELIGIBILITY FOR COVERAGE; EFFECTIVE DATES; RECORDS OF PARTICIPANT ELIGIBILITY AND ADJUSTMENTS

A. Eligibility, application for coverage and effective dates of coverage for Employee and Dependent coverage is described in the Benefit Booklet under **WHO GETS BENEFITS**.

B. **Records of Participant Eligibility and Adjustments**

The Employer must furnish to BCBSTX data as may be required by BCBSTX regarding the Participants who are to be covered under the Contract. Data includes, but is not limited to, records and information provided to BCBSTX by another party that determines eligibility and/or premiums for this Contract. Such data may include, without limitation, a list of Participants who are to be covered under the Contract, completed enrollment application forms,

Certified Document Number: 86655652 - Page 6 of 27

information required by BCBSTX to identify dual coverage situations which are subject to Medicare Secondary Payer ("MSP") laws. It is the Employer's obligation to notify BCBSTX no later than thirty–one (31) days after the effective date of any change in a Participant's status under the Contract. All such notifications by the Employer to BCBSTX (including, but not limited to, forms and tapes) must be furnished in a format approved by BCBSTX and must include all information reasonably required by BCBSTX to effect such changes. Minor clerical errors in keeping or reporting data relative to coverage under the Contract will not invalidate coverage which would otherwise be validly in force or continue coverage which would otherwise validly terminate. Examples of such minor clerical errors include, but are not limited to, errors appearing in an individual's name, address, or birth date as well as typographical errors. The term "minor clerical errors" as used herein does not include Employer errors which may materially affect an individual's coverage under the Contract. It is further understood and agreed that the Employer is liable for any substantive error made by the Employer in keeping or reporting data which may materially affect an individual's coverage under the Contract and for any benefits paid for a terminated Participant if the Employer had not timely notified BCBSTX of such Participant's termination. All such data is the sole property of and owned by BCBSTX.

In the event of error or delays in recording data by the Employer, retroactive changes will not be made effective prior to the current month and two (2) previous months.

No waiting period may exceed 90 days unless permitted by applicable law.  If BCBSTX's records show that Employer has a waiting period that exceeds the time period permitted by applicable law, then BCBSTX reserves the right to begin an Employee's coverage on a date that BCBSTX believes is within the required period.

During the term of the Contract and within one hundred eighty (180) days after the termination of the Contract, BCBSTX may, upon at least thirty (30) days prior written notice to the Employer, conduct reasonable audits of the Employer's membership records with respect to eligibility.

The Employer hereby agrees to indemnify and hold harmless BCBSTX and its employees and agents for any loss, damage, expense (including, but not limited to, reasonable attorneys' fees and costs) or liability that may arise from or in connection with untimely and/or inaccurate data provided by the Employer or on the Employer's behalf to BCBSTX or data furnished by the Employer or on the Employer's behalf to BCBSTX in a format not approved by BCBSTX.

In the event BCBSTX determines the Employer reported a Contract Effective Date earlier than what would apply, based on the waiting period and eligibility conditions the Employer identified, BCBSTX reserves the right to retroactively adjust the Contract Effective Date.

## III. PREMIUMS

A. The premium rates initially effective shall be shown in the new group rates letter ("Letter") or the renewal exhibit ("Exhibit"), and continuance of the coverage shall be contingent upon payment of the premiums by the Employer at the Administrative Office of the Carrier in Richardson, Texas, in accordance with the following provisions: (1) the first premium is due on the Contract Effective Date; (2) subsequent premiums are, during the continuance of this Contract, payable in advance. Any adjustments to premiums, prorated premium, or arrearage caused by either an effective date prior to a regular premium billing or a retroactive effective date shall be payable immediately upon receipt by the Employer of a billing by the Carrier.  The Carrier may refuse to accept any payment which does not represent a total premium, or which is late.  Any acceptance by the Carrier of a late or partial premium payment shall not be deemed a waiver of this section A. in the event of any future failure of the Employer to make a timely or total payment of premium.

B. If any portion of the premiums due under this Contract is required to be paid by any covered Employee or Dependent, the Employer agrees to collect such amounts due on the Employee's behalf as their agent, and to pay over such funds to the Carrier as part of the total premium due.  The Employer shall not act as an agent of the Carrier with regard to such collections, and no premium will be considered to have been paid until actually received and accepted by the Carrier.

C. Premiums may be paid on a monthly, quarterly, semiannual, or annual basis as the Employer may elect, but without discount.

D.  The premium to be paid shall be determined by multiplying the number of Employees covered for each classification by the rate then applicable for that classification, and totaling the extensions thus obtained.

For Dependents whose coverage becomes effective in accordance with provisions described in Article II of this Contract and the **WHO GETS BENEFITS** section of the Benefit Booklet on other than the first day of a Contract Month and on a date other than the Employee's Effective Date, no premium shall be due for any portion of the Contract Month in which the coverage becomes effective;

For all other Participants whose coverage becomes effective in accordance with provisions described in Article II of this Contract and the **WHO GETS BENEFITS** section of the Benefit Booklet on other than the first day of a Contract Month, premium shall be prorated for the portion of the Contract Month in which the coverage becomes effective.

E.  This Contract shall be nonassessable and does not share in the earnings of the Carrier.  The Carrier shall have the right to change the premium rates on any premium due date occurring after the period of time for which the premium rates are to be in effect as indicated in the new group rates letter ("Letter") or the renewal exhibit ("Exhibit"), or any amendment, revision, or replacement of such Rates section made in writing.

Any such change shall be made uniformly applicable to all Employees within any subgroup or other classification under this Contract.

F.  The Carrier reserves the right to change the premium rates on any Contract Anniversary Date, provided not less than sixty (60) days before the date on which a premium rate increase takes effect, the Carrier shall give prior written notice to the Employer of the amount of such increase and the date on which the increase is to take effect.

G.  Premium rates are based upon the amount of taxes, fees, Surcharges or other amounts currently in effect by various governmental agencies. If the amount of taxes, fees, Surcharges or other amounts which the Carrier is required to pay or remit are increased during the Plan Year, the Carrier reserves the right, at its option, to charge Employer for such amounts or adjust the Premium rates to reflect such increase, on the effective date of such increase. Upon request, Employer shall furnish to the Carrier in a timely manner all information necessary for the calculation or administration of any such taxes, fees, Surcharges or amounts.

The Affordable Care Act (ACA) requires that covered entities providing health insurance ("Health Insurer") pay an annual fee to the federal government (the "Health Insurer Fee").  The amount of this fee for a calendar year will be determined by the federal government and currently involves a formula based in part on a Health Insurer's net premiums from the preceding calendar year. In addition, ACA and/or other applicable laws may provide for the establishment of temporary transitional reinsurance program(s) that may be funded by reinsurance contributions or other amounts (collectively, the "Reinsurance Fee" or "Amounts") from health insurance issuers and/or self-funded group health plans. Federal and state governments may provide information as to how the Reinsurance Fees are calculated.  Your premium will be adjusted to reflect the effects of the Health Insurer Fees and the Reinsurance Fees or Amounts, if any.

H.  The Carrier may limit its offering of coverage to an annual open enrollment period for those Employers in the small group market which fail to meet the Carrier's standard minimum participation and contribution requirements, if any. Employers applying for coverage outside the annual open enrollment period would be subject to Carrier's standard minimum participation and contribution requirements, if any.

I.  If the age, tobacco use, or geographic location of a Participant under the Contract upon which a particular premium is based has been misstated, the Employer shall be responsible for paying the Plan an adjusted amount which will provide the Plan with the correct premium calculated from the Coverage Date of the particular Participant.

## IV. TERMINATION OF COVERAGE

The termination provisions of this Contract shall be as described in this Group Administration Document and the Benefit Booklet.

A. The coverage of all Participants hereunder shall automatically terminate when this Contract is terminated in any manner, as follows:

1. By cancellation on any premium due date, at the request in writing of the Employer furnished to the Carrier at its Administrative Office, not less than 30 days in advance;

2. If this Contract is replaced by another Blue Cross and Blue Shield of Texas contract;

3. By default, in premium payment, as required in Article III, on the last day of the last period for which the entire group premium is paid; provided, however, any failure of the Carrier to terminate coverage shall not be deemed a waiver of this subsection in the event of any future default in premium payment;

4. The Employer commits intentional fraud or intentional misrepresentation of a material fact;

5. No enrollee in connection with the Plan lives, resides or works in the service area of the Carrier or in the area for which the Carrier is authorized to do business;

6. Upon non-renewal, in the event of failure to maintain the minimum enrollment requirements shown in the Benefit Program Application, for a period of six consecutive months; or

7. The Carrier ceases to offer the particular product that the Employer has purchased, or if the Carrier ceases to offer all coverage in a particular market.

B. The coverage of any Employee and his Dependents included hereunder shall terminate:

1. Subject to the provisions in item B (3), below, on the last day of the last period for which his portion of the group premium is paid to the Carrier. The Employer may terminate the coverage of any Employee on the last day of any Contract Month for which premiums for such Employee have been received by the Carrier and any premiums for such Employee that are applicable to succeeding Contract Months will be refunded by the Carrier to the Employer upon request, if the Employer has paid premium on a quarterly, semiannual, or annual basis.

2. Subject to the provisions in item B (3), below, on the last day of the Contract Month during which the Employee ceases to be an Employee as defined in Article I of this Contract and is not eligible to retain Employee status under any employer benefit plan(s) created in accordance with the Employer's established procedures whereby individual selection by the Employer or the Employee to be included under such plan(s) is precluded.

3. As provided under state law, the Employer will be liable for the individual's premiums from the time the individual is no longer part of the group eligible for coverage under the Contract until the end of the Contract Month in which the Employer notifies BCBSTX that the individual is no longer part of the group eligible for coverage under the Contract and the individual will remain covered under the Contract until the end of that period. Notwithstanding the foregoing, if an individual ceases to be eligible within the last seven (7) calendar days of a Contract Month and the Employer notifies BCBSTX of such loss of eligibility within the first three (3) business days of the subsequent Contract Month, the individual's coverage shall terminate on the last day of the Contract Month in which the individual lost eligibility.

C. Subject to the provisions in item B (3), above, the coverage of any Dependent of an Employee included hereunder shall terminate at the end of the Contract Month in which such Dependent ceases to be a Dependent, as defined in the Benefit Booklet, regardless of the knowledge of such fact by the Carrier or the Employer.

Certified Document Number: 86655652 - Page 9 of 27

In the event termination of coverage is due to death of a Dependent, the Carrier will refund to the Employer premiums paid for the Dependent for Contract Months subsequent to the date of death, up to 24 Contract Months prior to notification to the Carrier of the death.

In the event termination of coverage is for any other reason, refund to the Employer of premiums paid for the Dependent for Contract Months subsequent to the date of coverage termination shall be limited to Contract Months following the date of notification to the Carrier of the termination of the Dependent, if the Employer has paid premium on a quarterly, semiannual, or annual basis.

D.  Notwithstanding the above provisions of this Article IV., if the Employer is paying an Employee's premiums in whole or in part pursuant to the terms of a collective bargaining agreement and in the event of cessation of work as the result of a labor dispute by its Employees who are members of the bargaining unit, coverage under this Contract for such Employees and their Dependents hereunder shall terminate on the last day of the Contract Month in which such cessation of work began subject to the provisions in B (3), above; except that coverage under this Contract may be continued for such Employee and Dependents for a period of up to six additional Contract Months, provided that for each such additional Contract Month:

1.  Coverage of at least 75% of the Employees, who are members of the bargaining unit and who cease working due to the labor dispute, is maintained; and

2.  A single payment for the premiums due from such Employees is remitted for such premium payment.

The Carrier reserves the right to adjust premium rates by any amount up to 20% for such Employees which shall be payable for such additional Contract Months.

## V.  REPLACEMENT OF COVERAGE

A.  If this Contract replaces prior BCBSTX coverage issued to the Employer:

1.  Benefits for Eligible Expenses incurred during a Hospital Admission or an admission in a Facility Other Provider which were incurred while the prior coverage was in effect and continuing after the Contract Effective Date shall be provided in accordance with the terms of the prior coverage until the Participant is discharged from the facility, as though the prior coverage had remained in effect; and

2.  The benefits available under this Contract shall be effective on and after the Contract Effective Date.  If the prior coverage was BCBSTX major medical coverage, no further major medical benefits shall be available after the Contract Effective Date except as specified above.

Any expenses incurred by a Participant under the prior coverage in the same Calendar Year preceding the Contract Effective Date and applied toward satisfaction of the Deductible under that coverage, will be applied toward satisfaction of the Calendar Year Deductible of this Contract.

If this Contract replaces prior BCBSTX coverage issued to the Employer and the prior BCBSTX coverage included an Upfront Deductible and the replacement coverage includes an Upfront Deductible: any expenses incurred by a Participant in the same Calendar Year preceding the Contract Effective Date and applied toward satisfaction of the Upfront Deductible under that coverage, will be applied toward the satisfaction of the Upfront Deductible of this coverage.

If this Contract replaces prior BCBSTX coverage issued to the Employer and the prior BCBSTX coverage did not include an Upfront Deductible but did include a Calendar Year Deductible: any expenses incurred by a Participant under the prior coverage in the same Calendar Year preceding the Contract Effective Date and applied toward satisfaction of the Calendar Year Deductible, will not be applied toward satisfaction of the Upfront Deductible of this Contract but will be applied toward the Calendar Year Deductible of this coverage.

If this Contract replaces prior BCBSTX coverage issued to the Employer and the prior BCBSTX coverage did include an Upfront Deductible but the replacement coverage does not include an Upfront Deductible: any expenses incurred by a Participant under the prior coverage in the same Calendar Year preceding the Contract Effective Date and applied toward satisfaction of the Upfront Deductible, will not be applied toward satisfaction of any Calendar Year Deductible of this coverage.

Coinsurance Amounts for Eligible Expenses incurred by a Participant under the prior coverage in the same Calendar Year and preceding the Contract Effective Date which were applied to the Coinsurance Stop-Loss Amount will be applied toward the Coinsurance Stop-Loss Amount of this Contract.

B.  If this Contract replaces prior coverage of the Employer, the following replacement of medical coverage provisions shall apply to each Participant who was covered under the Employer's Health Benefit Plan immediately prior to the Contract Effective Date of this coverage and who is eligible to participate under this Contract:

1.  If applicable, any expenses incurred by a Participant in the same Calendar Year preceding the Contract Effective Date, which will qualify as Eligible Expenses under this Contract, and which were applied toward satisfaction of the Calendar Year Deductible of the prior coverage, will be applied toward satisfaction of the Calendar Year Deductible of this Contract, provided the Participant submits proof of such Eligible Expenses satisfactory to BCBSTX in accordance with BCBSTX's procedures.

2.  If applicable, any Coinsurance Amounts for expenses incurred by a Participant in the same Calendar Year preceding the Contract Effective Date, will be credited toward the Coinsurance Stop-Loss Amount of this Contract, provided the Participant submits proof of such Coinsurance Amounts satisfactory to BCBSTX in accordance with BCBSTX's procedures.

3.  Benefits are not available for expenses incurred prior to the Contract Effective Date or for any services or supplies provided during the course of a Hospital Admission or an admission in a Facility Other Provider which were incurred prior to the Contract Effective Date.

4.  Benefits will be available for Eligible Expenses incurred on and after the Contract Effective Date.

5.  In no event will coverage be continued beyond the date it would otherwise terminate under the terms of this Contract.

## VI. GENERAL PROVISIONS

A.  **Agency Relationships:** Nothing in the Contract shall be construed to constitute the Employer as an agent of BCBSTX. The Employer is the agent of the Participants.

B.  **Applicable Law:** This Contract is issued in Texas. All disputes arising under this Contract between BCBSTX and the Contractholder shall be resolved in Texas under the laws of the state of Texas.

C.  **Certificate:** The Carrier will issue to the Employer for delivery to each covered Employee a certificate (herein called Benefit Booklet) setting forth a statement of the essential features of the insurance coverage of such Employee or Participant, and to whom the benefits are payable.

D.  **Compliance with Laws and Regulations:** BCBSTX and Employer will comply with applicable state and federal laws and regulations regarding confidentiality or privacy of records and other information and to cooperate to ensure such compliance.

E.  **Coverage Data:** The Employer shall furnish the Carrier all information needed to effect coverage of Employees and Dependents hereunder and termination and changes in such coverage on a timely basis.

Certified Document Number: 86655652 - Page 11 of 27

F. **Disclaimer:** The Carrier shall not be liable for any act or omission by any Hospital, Physician, or Other Provider, their agents or employees, in caring for a Participant receiving services covered under this Contract, and no responsibility attaches hereunder for inability of any Hospital, Physician, or Other Provider to furnish accommodations or services. Benefits are subject to the rules and regulations of the Hospital, facility or other institution selected by the Participant, and are available only for sickness or injury acceptable to such Hospital, facility, or other institution.

G. **Discontinuance of A Particular Product:** BCBSTX may discontinue the Employer's benefit plan product under the Contract if BCBSTX:

1. Provides ninety (90) days advance notice to the effected Employer, Participants and the Commissioner of Insurance (or such other notice, if any, required by applicable law);
2. Offers the Employer an option to purchase all or any other coverage offered to other employers of similar circumstance, including, but not limited to, employer size; and
3. Acts uniformly without regard to the claims experience of the Employer of the health status of any existing, new or potentially new Participants.

H. **Discontinuance of All Coverage**

BCBSTX may discontinue all coverage in the small or large group market, or both, in Texas in accordance with Texas law and provided that BCBSTX:

1. Provides one-hundred eighty (180) days advance notice to effected Employer, Participants and the Commissioner of Insurance (or any such other notice, if any, required by applicable law); and

2. Discontinues and does not renew all health insurance coverage issued or delivered for issuance in the state in such market(s).

I. **Uniform Modification**

BCBSTX may modify health insurance coverage at the time of coverage renewal for a product offered to a group health plan in the small group market or large group market, if, as to coverage available in such market, the modification is consistent with state law and effective uniformly among all small or large group health plans with that product.

BCBSTX shall notify the Employer no later than sixty (60) days before the date of the modification in effect.

J. **Electronic Exchange of Data:** In the event the Employer and Carrier exchange data and information electronically, the Employer agrees to transfer on a timely basis all required data to the Carrier via secure electronic transmission on the intranet and/or internet or otherwise, in the format specified by the Carrier, a copy of which shall be furnished to the Employer upon written request to the Carrier. The Employer authorizes the Carrier to submit such data and information in the specified electronic format. In the event the Employer is unable or unwilling to transfer data in the specified electronic format, the Carrier is under no obligation to receive or transmit data in any other format unless required by law to do so. In the event garbled or intercepted transmissions occur, Carrier and the Employer agree to redirect the information via another mutually agreeable means.

The Employer consents to receive, via an electronic file or access to an electronic file, a Benefit Booklet provided by the Carrier to the Employer for delivery to each Employee.

The Employer further acknowledges and agrees that it is responsible for providing Employees access, via the intranet, internet, paper copy or otherwise, to the most current version of any electronic file provided to the Employer by the Carrier. The Employer agrees to provide a paper copy of the same to an Employee who has not agreed to accept the Benefit Booklet electronically. In addition, in all instances, the electronic file of the most current document issued to the Employer by the Carrier for use by the Employer is the legal document used to administer the Contract and will prevail in the event of any conflict between such electronic file and any other electronic or paper file. The Employer is solely responsible for, and holds the Carrier harmless from, any and all claims for loss, liability or damages arising from the use or posting of the electronic file on the intranet and/or internet.

K.  **Employer Notification To Participants:** It is the responsibility of the Employer to notify all Participants in the event of the Employer's uniform modification of coverage, uniform termination of coverage or discontinuance of coverage in a market segment.

L.  **Entire Contract:** This Group Administration Document and its Benefit Program Application, any applications, the Benefit Booklet(s), Schedule(s) of Coverage, and any exhibits, riders, enclosures, addenda and amendments to any, shall constitute the entire Contract; and, in the absence of fraud, all statements made by the Employer or by the person insured shall be deemed representations and not warranties. No statement shall be used in any contest or in defense of a claim hereunder unless a copy of the instrument containing the statement is or has been furnished to such person, or in the event of death or incapacity of the insured person, to the individual's beneficiary or personal representative. No change in this Contract shall be valid until approved by an executive officer of BCBSTX and unless such approval is attached by amendment, rider or otherwise provided in writing in this document. No agent has the authority to change this Contract or to waive any of its provisions. The issuance of this Group Administration Document supersedes all previous contracts or policies between the Employer and BCBSTX which are in force on the Contract Effective Date as indicated on the Benefit Program Application.

M.  **ERISA:** This provision applies to any Contract which implements any employee welfare benefit plan as defined by Section 3 (2) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

   1.  The Employer or, if the Employer is a trust, the grantor of such trust has established and as sponsor, maintains pursuant to other written documents, a health benefit program ("Employer's ERISA Health Benefit Program") through the purchase of insurance for the benefit of its eligible Participants, which Employer's ERISA Health Benefit Program is an "employee welfare benefit plan" within the meaning of ERISA. Notwithstanding anything contained in the employee welfare benefit plan document of the Employer, the Employer agrees that no allocation or delegation or any fiduciary or nonfiduciary responsibilities under the employee welfare benefit plan of the Employer is effective with respect to or accepted by BCBSTX except to the extent specifically provided and accepted in the Contract or as otherwise accepted in writing by BCBSTX. The administrator under ERISA for an Employer's ERISA Health Benefit Program is the Employer or such other persons (other than BCBSTX) appointed by the Employer or, if the Employer is a trust, by the grantor of such trust. Nothing in an Employer's ERISA Health Benefit Program will affect the obligations of BCBSTX with respect to this Contract. BCBSTX will not be required to examine the provisions of an Employer's ERISA Health Benefit Program or any related trust agreement, or any modification, amendment or supplement thereto.

   2.  The Contract is a guaranteed benefit policy (as defined in Section 401 (b) (2) of ERISA). The Contract is an asset of the Employer. No assets of BCBSTX or amounts which have been paid to BCBSTX under the Contract are assets of or under Employer's ERISA Health Benefit Program.

N.  **INITIAL PLAN PARTICIPATION REQUIREMENTS; Benefit Plan Status; Plan Documents; Retaliation**

   It is the Employer's responsibility, prior to the Effective Date of the Contract (i) to determine initial plan participation requirements and categories of coverage options for employees, former employees, officers and directors in compliance with all applicable law, including but not limited to discontinuing any waiting periods that are longer than permitted by applicable law; (ii) to comply with nondiscrimination requirements applicable to its benefit plan, including but not limited to those related to highly compensated individuals; and (iii) to determine its regulatory status, including but not limited to determining whether it meets the federal and state law (as applicable) definitions of "small group", "large group", "MEWA", and/or "Association". Employer will promptly notify BCBSTX of its determinations (and any changes thereto) and will promptly notify BCBSTX when a person has satisfied the initial participation requirements and also meets the definition of a Covered Person under the Contract. In addition, Employer (iv) is responsible for establishing and/or amending its own plan documents as necessary; and (v) must not retaliate against any employee for engaging in activities protected by applicable law, including but not limited to receiving subsidized coverage under a qualified health plan through an Exchange; and (vi) ensuring that Health Savings Accounts and Health Reimbursement Accounts are funded in accordance with the Employer's funding decisions that the Employer has communicated to the Plan, if any. In no event will BCBSTX have responsibility for such initial plan or funding decisions participation or plan status determinations or for Employer's plan documents or its actual or alleged retaliation. Upon request, Employer will provide BCBSTX with information to substantiate such determinations and responsibilities. Employer hereby agrees to indemnify and hold harmless

Certified Document Number: 86655652 - Page 13 of 27

BCBSTX and its employees and agents for any loss, damage, expense (including, but not limited to, reasonable attorneys' fees and costs) or liability resulting from the Employer's failure to carry out its responsibilities or obligations as set forth in this Contract.   If a person is added to the Contract and later determined to have been ineligible, BCBSTX reserves the right to terminate or rescind such person's coverage to the extent permitted by applicable law.

O.  **Incontestability:** This Contract shall be incontestable after it has been in force for two years from date of its issue except for nonpayment of premiums. Except fraudulent misstatements, no statement made by any person covered under this Contract relating to his insurability shall be used in contesting the validity of the coverage with respect to which such statement was made after such coverage has been in force prior to the contest for a period of two years during such person's lifetime unless it is contained in a written instrument signed by him; provided, however, this provision shall not limit any defense of such claim based on provisions in the Contract: (1) relating to eligibility for coverage; (2) relating to coordination of benefits; or (3) limiting the amounts of recovery from all sources to no more than 100% of the total actual losses incurred.

P.  **Information and Medical Records:**

1.  All claim information, including, but not limited to, medical records, received by BCBSTX in the performance of its duties hereunder will be kept confidential by BCBSTX and except for reasonable necessary use by BCBSTX in connection with the performance of its duties hereunder, BCBSTX shall not disclose such confidential claim information without the authorization of the Participant or as otherwise required or permitted by applicable law.

2.  BCBSTX may release to the Employer claim information regarding the provision of Covered Medical Services to Participants and copies of records to the extent required or permitted by applicable law, including but not limited to HIPAA. Any information so obtained by the Employer shall be kept confidential, as required by applicable law.

3.  The Employer acknowledges that each Participant agrees it is the Participant's responsibility to ensure that any Provider, Blue Cross and Blue Shield Plan, insurance company, employee benefit association, governmental body or program, or any other person or entity having knowledge of or records relating to (1) any illness or injury for which a claim or claims for benefits are made under the Contract, (2) any medical history which might be pertinent to such illness, injury, claim or claims, or (3) any benefits or indemnity on account of such illness or injury or on account of any previous illness or injury which may be pertinent to such claim or claims, furnish to BCBSTX, or its agent, and agrees that any such Provider, person or other entity may furnish to BCBSTX or its agent, at any time upon its request, any and all information and records (including copies of records) relating to such illness, injury, claim or claims. In addition, BCBSTX may furnish similar information and records (or copies of records) to Other Providers, Blue Cross and Blue Shield Plans, insurance companies, governmental bodies or other entities providing insurance-type benefits requesting the same. It is also the Participant's responsibility to furnish to the Employer and/or BCBSTX information regarding the Participant's becoming eligible for Medicare, termination of Medicare eligibility or any change in Medicare eligibility status.

Q.  **Legal Actions:** No action at law or in equity shall be brought to recover on this Contract prior to the expiration of 60 days after written Proof of Loss has been filed in accordance with the requirements herein and no such action shall be brought at all unless brought within three years from the expiration of the time within which written Proof of Loss is required to be furnished by this Contract.

R.  **Medicare/Primary Carrier Determinations:** Any exclusions of benefits in this Contract for services or supplies for which benefits are paid or payable under governmental programs and the definition of "Plan" in the **Coordination of Benefits** section of the Benefit Booklet shall not be applicable to Medicare Part A and Part B benefits for those Employees who the Employer determines are Employees for whom the Employer's benefit plan is required to be primary to Medicare by the Age Discrimination in Employment Act (ADEA) for the period of time such primary coverage is so required.  This provision shall also be applicable to Dependent spouses of Employees so designated for the period of time, if any, that the spouse's coverage under the Employer's benefit plan is also required to be primary to Medicare.

The same exclusions and definition of "Plan" described above are not applicable to Medicare Part A and Part B benefits for Participants during the period specified by Medicare's regulations for secondary payer for treatment of end-stage renal disease due to kidney transplant or self-dialysis training of Medicare entitlement by reason of renal dialysis.

S. **Medicare Secondary Payer ("MSP") Data Match**

In an effort to facilitate the processing of claims consistent with the requirements of the MSP statute, and to assist in meeting the statutory obligations, certain BlueCross and BlueShield Plans together with the Centers for Medicare and Medicaid Services ("CMS") formerly known as Health Care Financing Administration ("HCFA"), the federal government agency which administers Medicare, have developed a new enrollment and membership system. The system, also referred to as the "Data Match," is aimed at obtaining, in a timely and current fashion, information necessary for BCBSTX to identify dual coverage situations which fall within the MSP statute, and to determine whether primary or secondary payment should be made for a particular claim.

Under the system, BCBSTX will provide basic information to CMS about individuals enrolled in employer group health plans who are also covered by Medicare so that CMS can better detect dual coverage situations.

The Employer hereby authorizes and directs BCBSTX to disclose to CMS periodically, information pertaining to Medicare–eligible Participants under the Contract.

The Employer agrees that BCBSTX's ability to make accurate primary/secondary MSP determinations depends on the breadth and accuracy of BCBSTX's files concerning Participants. The Employer agrees to use best efforts in responding promptly and accurately to BCBSTX's requests for information and to require and facilitate its employees' cooperation in responding promptly and accurately to such requests.

Further, to assure the continuing accuracy of BCBSTX's files, the Employer agrees that it is the Employer's responsibility to notify BCBSTX promptly of any change in the size of the Employer's work force or status of its Employees that might effect the order of payment under the MSP statute, such as information regarding working–aged persons who retire and changes in the size of the Employer's work force that place it in, or take it out of, the scope of the MSP statute. If BCBSTX does not receive such information from the Employer, BCBSTX will assume that all relevant factors remain unchanged and will process claims accordingly. The Employer acknowledges and agrees that BCBSTX will be using the information provided by the Employer and Participants to update BCBSTX's files, and will also forward this information to CMS so that CMS can revise its file to reflect relevant changes in primary/secondary status.

BCBSTX may, in its sole discretion, discontinue its participation in the Data Match system as described above. Nothing in this Contract shall be construed as obligating BCBSTX to continue its participation in the Data Match system.

**Disclosure Statement:** The Employer acknowledges that BCBSTX has furnished it with a copy of a pamphlet entitled "Information Regarding the Medicare Secondary Payer Statute" (also referred to as the "Disclosure Statement"), prepared by the BlueCross and BlueShield Association and reviewed by CMS, which administers Medicare.

T. **Misstatement of Age:** In the event: (1) premiums are based on the Participant's age; and (2) the age of a Participant has been misstated, the premium rate for such person shall be determined according to the correct age as provided in this Contract and there shall be an equitable adjustment of premium rate made so that the Carrier shall be paid the premium rate at the true age of the Participant.

U. **Misstatement of Enrollment:** In the event the Employer furnishes the Carrier with enrollment information and premiums for persons who are not eligible for coverage under this Contract as bona fide Employees or Dependents, the Carrier may retroactively or currently cancel the coverage of such persons after the Carrier learns of such persons' failure to qualify as Employees or Dependents. The Carrier shall return all premiums for the period for which coverage is canceled.

V. **Notices:** Any notice given or required under the Contract or any individual certificate will be a written notice. If such notice is given to the Employer, it will be addressed to it at is office address stated in the Benefit Program Application. If such notice is given to BCBSTX, it should be addressed to BCBSTX at its office address stated in the Benefit Booklet. If such notice is given by BCBSTX to a Participant, it will be addressed to the Participant at the address as it appears on the records of BCBSTX or in the care of the Employer. The Employer and BCBSTX may, by written notice served on the other, indicate a new address for giving such notice.

W. **Physical Examinations and Autopsy:** The Carrier shall have the right and opportunity to examine the person of the Participant for whom claim is made, when and so often as it may reasonably require during the pendency of a claim hereunder and also the right and opportunity to make an autopsy in case of death where it is not prohibited by law.

X. **Proprietary Materials:** The Employer acknowledges that BCBSTX has developed, acquired, or owns certain Business Confidential Information. "Business Confidential Information" includes, but is not limited to, intellectual property, trade secrets, inventions, applications, tools, methodologies, software, operating manuals, technology, technical documentation, techniques, product or services specifications or strategies, operational plans and methods, automated claims processing systems, payment systems, membership systems, privacy and security measures, cost or pricing information (including but not limited to provider discounts and rates), business plans and strategies, company financial planning and financial data, prospect and customer lists, contracts, vendor and supplier lists and information, symbols, trademarks, service marks, designs, copyrights, know-how, data, databases, processes, plans, procedures and any other information that reasonably should be understood to be confidential whether developed or acquired before or after the effective date of this agreement. "Business Confidential Information" also includes modifications, enhancements, derivatives, and improvements of the Business Confidential Information described in the preceding sentence. The Employer shall not use or disclose to any third party Business Confidential Information without prior written consent of BCBSTX. Neither party shall use the name, symbols, copyrights, trademarks or service marks of the other party or the other party's respective clients in advertising or promotional materials without prior written consent of the other party; provided, however, that BCBSTX may include the Employer in its list of clients.

BCBSTX/Association Ownership. The Employer acknowledges that BCBSTX's proprietary marks and Business Confidential Information are the sole property of the Blue Cross and Blue Shield Association or of BCBSTX and agrees not to contest the Blue Cross and Blue Shield Association's or BCBSTX's ownership or the license granted to BCBSTX for use of such propriety marks.

Y. **Refund of Benefit Payments:** If and when the Carrier determines that benefit payments hereunder have been made erroneously but in good faith, the Carrier reserves the right to seek recovery of such benefit payments from the Participant, any other insurance company, or Provider of services to whom such payments were made. The Carrier reserves the right to offset subsequent benefit payments otherwise available by the amount of any such overpayments. Any refund of benefits will not be credited to the Employer's claims experience until actual recovery is made.

Z. **Reinstatement:** If default be made in the premium payments for this Contract, the subsequent acceptance of such premium by the Carrier or any of its duly authorized agents shall fully reinstate the Contract. For purposes of this section mere receipt and/or negotiation of a late premium payment does not constitute acceptance. Any reinstatement of the Contract shall not be deemed a waiver of either the Employer's requirement of timely premium payment or the Carrier's right of termination for default in premium payment in the event of any future failure of the Employer to make timely premium payments.

AA. **Renewability of the Contract:** The Contract shall be renewable, at the option of the Employer, to all Participants except in the following instances:
1. Non-payment of required premiums;
2. An intentional fraudulent act or practice or intentional misrepresentation by the Employer;
3. Noncompliance with BCBSTX's minimum participation and/or contribution requirements, if any;

Certified Document Number: 86655652 - Page 16 of 27

4. Termination of the benefit plan in accordance with the "Discontinuance of A Particular Product" or "Discontinuance of All Coverage" provisions in this Contract; or

5. Participant's movement outside the BCBSTX service area.

BB. **Separate Financial Arrangements Regarding Prescription Drugs:**

1. Separate Financial Arrangements with Participating Prescription Drug Providers:

The Employer's experience account under the Contract, if any, the maximum amount of benefits payable by BCBSTX and all required Copayment, Deductible and Coinsurance Amounts under this Contract shall be calculated on the basis of the Provider's billed charge or the agreed upon cost between the Participating Prescription Drug Provider as defined below, and BCBSTX, whichever is less.

BCBSTX hereby informs the Employer and all Participants that it has contracts, either directly or indirectly, with prescription drug Providers ("Participating Prescription Drug Providers") for the provision of, and payment for, prescription drug services to all persons entitled to prescription drug benefits under individual certificates, group health insurance policies and contracts to which BCBSTX is a party, including the Participants under the Contract, and that pursuant to BCBSTX's contracts with Participating Prescription Drug Providers, under certain circumstances described therein, BCBSTX may receive discounts for prescription drugs dispensed to Participants under the Contract.

The Employer understands that BCBSTX may receive such discounts during the term of the Contract. Neither the Employer nor Participants hereunder are entitled to receive any portion of any such discounts in excess of any amount that may be reflected in the new group rates letter ("Letter") or the renewal exhibit ("Exhibit"); as part of any experience rating refund, if applicable to this Contract, or otherwise.

2. Separate Financial Arrangements with Pharmacy Benefit Managers:

BCBSTX hereby informs the Employer and all Participants that it owns a significant portion of the equity of Prime Therapeutics LLC and that BCBSTX has entered into one or more agreements with Prime Therapeutics LLC or other entities (collectively referred to as "Pharmacy Benefit Managers"), for the provision of, and payment for, prescription drug benefits to all persons entitled to prescription drug benefits under individual certificates, group health insurance policies and contracts to which BCBSTX is a party, including the Participants under the Contract. Pharmacy Benefit Managers have agreements with pharmaceutical manufacturers to receive rebates for using their products. Pharmacy Benefit Managers may share a portion of those rebates with BCBSTX.

The Employer understands that BCBSTX may receive such rebates during the term of the Contract. Neither the Employer nor Participants hereunder are entitled to receive any portion of any such rebates in excess of any amount that may be reflected in the new group rates letter ("Letter") or the renewal exhibit ("Exhibit"); as part of any experience rating refund, if applicable to this Contract, or otherwise.

CC. **Service Mark Regulation:** On behalf of the Employer and its Participants, the Employer hereby expressly acknowledges its understanding that the Contract constitutes a contract solely between the Employer and BCBSTX. BCBSTX is an independent corporation operating under a license with the Blue Cross and Blue Shield Association (the "Association"), an association of independent Blue Cross and Blue Shield Plans. The Association permits BCBSTX to use the Blue Cross and Blue Shield Service Mark in BCBSTX's service area and BCBSTX is not contracting as the agent of the Association. The Employer further acknowledges and agrees that it has not entered into the Contract based upon representations by any person other than authorized persons of BCBSTX and that no person, entity or organization other than BCBSTX shall be held accountable or liable to the Employer for any of BCBSTX's obligations to the Employer created under the Contract. This paragraph shall not create any additional obligations whatsoever on the part of BCBSTX, other than those created under other provisions of this Group Administration Document.

DD. **Severability:** In case any one or more of the provisions contained in this Contract shall, for any reason, beheld to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provisions of this Contract and this Contract shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein.

Certified Document Number: 86655652 - Page 17 of 27

EE. **Third Party Data Release:** In the event the Employer directs BCBSTX to provide data directly to its third party consultant and/or vendor (the "Employer's Vendor"), and BCBSTX agrees in its sole discretion, then the Employer acknowledges and agrees:

1. The requested documents, records and other information (hereinafter, "Confidential Information") are proprietary and confidential and that the release of Confidential Information may reveal the Plan's Business Confidential Information.

2. To maintain the confidentiality of the Confidential Information and any Business Confidential Information (hereinafter, "Information") and to prevent unauthorized use or disclosure by Employer's Vendor(s) or unauthorized third parties, including those of its employees not directly involved in the performance of duties under its contract with Policyholder, to the same extent that it protects its own confidential information.

3. To maintain the Information at a specific location under its control and take reasonable steps to safeguard the Information.

4. To use, and require its employees to use, at least the same degree of care to protect the Information as is used with its own proprietary and Confidential Information.

5. To not duplicate the Information furnished in written, pictorial, magnetic and/or other tangible form except for purposes of the Contract or as required by law.

6. To return or destroy the Information at the direction of the Plan or within a reasonable time after the termination of this Policy, not to exceed 60 days thereafter.

7. Employer's Vendor(s) shall execute BCBSTX's then-current data exchange agreement as required by the Plan.

8. The Employer shall:

   a. Provide the Plan in writing the names of any Employer's Vendor(s) with whom the Plan is authorized to release, disclose, or exchange data. If Employer's Vendor(s) is under contract to perform services that involve the use, access, or disclosure of Protected Health Information as defined by HIPAA, the identity of Employer's Vendor(s) shall be documented within a HIPAA compliant Insured Group Certification.

   b. Provide BCBSTX in writing the appropriate authorization and specific directions with respect to the release, disclosure or exchange data with Group's Vendor(s) identified. If Employer's Vendor(s) perform services that involve the use, access, or disclosure of Protected Health Information as defined by HIPAA, the information required in this section will be documented in the HIPAA compliant Insured Group Certification.

   c. Indemnify, defend (at BCBSTX's request) and hold harmless BCBSTX and its employees, officers, directors and agents against any and all losses, liabilities, damages, penalties and expenses, including attorneys' fees and costs, or other cost or obligation resulting from or arising out of claims, lawsuits, demands, settlements or judgments brought against BCBSTX in connection with any claim based upon BCBSTX's directed disclosure including, but not limited to disclosure of Protected Health Information, to the designated Employer's Vendor(s), if consistent with Employer's direction, of any information and/or documentation or breach by Employer's Vendor(s) of any obligation described in the Contract.

FF. **Time of Payment of Claims:** Benefits available under this Contract for any loss will be paid not more than 60 days after receipt of written Proof of Loss.

GG. **Verification of Eligibility:** Upon written request by BCBSTX, the Employer shall provide such business records and other information in its possession to verify to BCBSTX a person's eligibility status. Such verification may be required prior to or after the Effective Date of coverage of a person, or after coverage has terminated. Such records and information may include, but are not limited to, birth and divorce documents retained by the Employer, reports to the Texas Workforce Commission, Workers' Compensation reports, or Federal FICA and withholding tax records.

HH.   **Premium Rebates and Premium Abatements:**

**Rebate:**  In the event federal or state law requires BCBSTX to rebate a portion of annual premiums paid, BCBSTX will provide any rebate owed as required or allowed by such federal or state law.

**Abatement:**  BCBSTX may from time to time determine to abate (in whole or in part) the premium due under this Group Administration Document for particular period(s).

Any abatement of premium by BCBSTX represents a determination by BCBSTX not to collect premium for the applicable period(s) and does not effect a reduction in the rates under the Group Administration Document.  An abatement for one period shall not constitute a precedent or create an expectation or right as to any abatement in any future period(s).

**Administrative:** The Employer hereby gives BCBSTX assurances that Employer is obligated to, and will, pay or credit such rebates or abatements to its Employee's to the extent and in the manner required by applicable law. The Employer shall provide BCBSTX with any information, records and documentation that BCBSTX may require or request with regard to the subject matter of this Section HH in a time, form and manner specified by BCBSTX.

BCBSTX will rely upon such information, records and documentation as accurate and complete.

BCBSTX makes no representation or warranty that any rebate or abatement owed or provided are exempt from any federal, state, or local taxes (including any related notice, withholding or reporting requirements).  It will be the obligation of the Employer and any Employee or former Employee (if applicable) owed or provided a rebate or an abatement to determine the applicability of and comply with any applicable federal, state or local laws or regulations. The Employer shall assure appropriate notification to federal and state tax agencies and that any payment to the Employees and former Employees will be accompanied by appropriate federal and state documentation, e.g., Form 1099 or W-2.

The Employer agrees to indemnify and hold BCBSTX harmless against any and all claims, demands, costs, fines, losses, interest, settlements, judgments, damages, penalties, taxes, expenses (including reasonable attorneys' fees) or other liabilities resulting from the Employer's failure to carry out its responsibilities or obligations as set forth in this Section HH of the Group Administration Document.

# VII. INTER-PLAN ARRANGEMENTS

## I. Out-of-Area Services

BCBSTX has a variety of relationships with other Blue Cross and/or Blue Shield Licensees referred to generally as "Inter-Plan Arrangements." These Inter-Plan Arrangements operate under rules and procedures issued by the Blue Cross Blue Shield Association ("Association"). Whenever Participants access healthcare services outside the geographic area BCBSTX serves, the claim for those services may be processed through one of these Inter-Plan Arrangements. The Inter-Plan Arrangements available are described generally below.

Typically, when accessing care outside the geographic area BCBSTX serves, Participants obtain care from healthcare Providers that have a contractual agreement (i.e., are "participating Providers") with the local Blue Cross and/or Blue Shield Licensee in that other geographic area ("Host Blue"). In some instances, Participants may obtain care from providers in the Host Blue geographic area that do not have a contractual agreement ("non-participating healthcare Providers") with the Host Blue. BCBSTX payment practices in both instances are described below.

## A. BlueCard® Program

The BlueCard® Program is an Inter-Plan Arrangement. Under this Arrangement, when Participants access covered healthcare services within the geographic area served by a Host Blue, Host Blue will be responsible for contracting and handling all interactions with its participating healthcare Providers. The financial terms of the BlueCard Program are described generally below.

Certified Document Number: 86655652 - Page 19 of 27

**Liability Calculation Method**

Unless subject to a fixed dollar copayment, the calculation of the Participant's liability on claims for covered healthcare services will be based on the lower of the participating healthcare Provider's billed covered charges or the negotiated price made available to BCBSTX by the Host Blue.

Host Blues determine a negotiated price, which is reflected in the terms of each Host Blue's Provider contracts. The negotiated price made available to BCBSTX by the Host Blue may be represented by one of the following:

1.  An actual price. An actual price is a negotiated rate of payment in effect at the time the claim is processed without any other increases or decreases, or

2.  An estimated price. An estimated price is a negotiated rate of payment in effect at the time the claim is processed, reduced or increased by a percentage to take into account certain payments negotiated with the Provider and other claim- and non-claim-related transactions. Such transactions may include, but are not limited to, anti-fraud and abuse recoveries, provider refunds not applied on a claim-specific basis, retrospective settlements, and performance-related bonuses or incentives; or

3.  An average price. An average price is a percentage of billed charges in effect at the time a claim is processed representing the aggregate payments negotiated by the Host Blue with all of its healthcare Providers or a similar classification of its Providers and other claim- and non-claim-related transactions. Such transactions may include the same ones as noted above for an estimated price.

Host Blues determine whether or not they will use an actual price, estimated price or average price. Host Blues using either an estimated price or an average price may prospectively increase or reduce such prices to correct for over- or underestimation of past prices (i.e., prospective adjustment may mean that a current price reflects additional amounts or credits for claims already paid or anticipated to be paid to Providers or refunds received or anticipated to be received from Providers). However, the BlueCard Program requires that the amount paid by the Participant is a final price; no future price adjustment will result in increases or decreases to the pricing of past claims.  The method of claims payment by Host Blues is taken into account by the BCBSTX in determining the Premiums.

In some instances, federal or state laws or regulations may impose a surcharge, tax, or other fee that applies to insured accounts.  If applicable, the Plan will include any such surcharge, tax, or other fee in Covered Person's premium.

**Return of Overpayments**

Recoveries from a Host Blue or its participating and non-participating healthcare Providers can arise in several ways, including, but not limited to, anti-fraud and abuse recoveries, healthcare Provider/hospital audits, credit balance audits, utilization review refunds, and unsolicited refunds. Recovery amounts determined in these ways will generally require correction on a claim-by-claim or prospective basis.  If recovery amounts are passed on a claim-by-claim basis from a Host Blue to Blue Cross and Blue Shield of Texas, they will be credited to Employer.

In some cases, the Host Blue will engage a third party to assist in identification or collection of recovery amounts.  The fees of such a third party may be charged to Employer as a percentage of the recovery.

**B. Negotiated Arrangements**

Instead of using the BlueCard Program, BCBSTX may process your Participant claims for covered healthcare services through a Negotiated Arrangement.

If BCBSTX and Employer have agreed that (a) Host Blue(s) shall make available (a) custom healthcare Provider network(s) in connection with this Policy, then the terms and conditions set forth in BCSBTX Negotiated Arrangement(s) with such Host Blue(s) shall apply.

Participant liability calculation will be based on the lower of either billed covered charges or negotiated price (Refer to the description of negotiated price under Section A., BlueCard Program) that the Host Blue makes available to BCBSTX that allows Employer's Participants access to negotiated participation agreement networks of specified

participating healthcare Providers outside of BCBSTX service area.

**C. Non-Participating Healthcare Providers Outside BCBSTX Service Area**

1) In general

When Covered Services are provided outside of the Plan's service area by Non-Participating Providers, the amount(s) paid for such services will be calculated using the methodology described in the Certificate for Non-Participating Providers located inside the Plan's service area. The Employee may be responsible for the difference between the amount that the Non-Participating Provider bills and the payment the Plan will make for the Covered Services as set forth in this paragraph. Federal or state law, as applicable, will govern payments for out-of-network emergency services.

2) Exceptions

In some exception cases, the Plan may, but is not required to, in its sole and absolute discretion negotiate a payment with such Non-Participating Provider on an exception basis. If a negotiated payment is not available, then the Plan may make a payment based on the lesser of:

A. the amount calculated using the methodology described in the Certificate for Non-Participating Providers located inside the service area (and described in Section C(a)(1) above); or

B. the following:

(i) for Professional Providers, an amount equal to the greater of the minimum amount required in the methodology described in the Certificate for Non-Participating Providers located inside the service area; or an amount based on publicly available provider reimbursement data for the same or similar professional services, adjusted for geographical differences where applicable; or

(ii) for Hospital or facility Providers, an amount equal to the greater of the minimum amount required in the methodology described in the Certificate for Non-Participating Providers located inside the service area; or an amount based on publicly available data reflecting the approximate costs that Hospitals or facilities have incurred historically to provide the same or similar service, adjusted for geographical differences where applicable, plus a margin factor for the Hospital or facility.

In these situations, the Employee may be liable for the difference between the amount that the Non-Participating Provider bills and the payment Blue Cross and Blue Shield of Texas will make for the Covered Services as set forth in this paragraph.

**D. Special Cases: Value-Based Programs**

**BlueCard Program**

BCBSTX has included a factor for bulk distributions from Host Blues in Participant's premium for Value-Based Programs when applicable under this Contract.

**E. Negotiated Arrangements (for non-BlueCard Programs: include if applicable.)**

BCBSTX has entered into a Negotiated Arrangement with a Host Blue to provide Value-Based Programs to Participants, BCBSTX will follow the same procedures for Value-Based Programs administration and Care Coordination Fees as noted in the BlueCard Program section.

**F. Inter-Plan Programs: Federal/State Taxes/Surcharges/Fees**

Federal or state laws or regulations may impose a surcharge, tax or other fee that applies to insured accounts. If applicable, BCBSTX will include any such surcharge, tax or other fee in determining Participant's premium.

**G. BlueCard Worldwide® Program**

Certified Document Number: 86655652 - Page 21 of 27

- **General Information**

    If Participants are outside the United States, the Commonwealth of Puerto Rico and the U.S. Virgin Islands (hereinafter: "BlueCard service area"), they may be able to take advantage of the Blue Cross Blue Shield Global Core when accessing covered healthcare services. Blue Cross Blue Shield Global Core is unlike the BlueCard Program available in the BlueCard service area in certain ways. For instance, although Blue Cross Blue Shield Global Core assists Participants with accessing a network of inpatient, outpatient and professional providers, the network is not served by a Host Blue. As such, when Participants receive care from providers outside the BlueCard service area, the Participants will typically have to pay the providers and submit the claims themselves to obtain reimbursement for these services.

- **Emergency Care Services**

    This Contract covers only limited health care services received outside of the United States.  "Out-of-Area Covered Services" include Emergency Services, Emergency Accident Care, Emergency Care, Emergency Medical Care and, Urgent Care obtained outside of the United States. Follow-up care following an emergency is also available, provided the services are preauthorized by BCBSTX.  Any other services will not be eligible for benefits unless authorized by BCBSTX.

- **Inpatient Services**

    In most cases, if Participants contact the Blue Cross Blue Shield Global Core Service Center for assistance, hospitals will not require Participants to pay for covered inpatient services, except for their cost-share amounts/deductibles, coinsurance, etc. In such cases, the hospital will submit Participants claims to the Blue Cross Blue Shield Global Core Service Center to initiate claims processing. However, if the Participants paid in full at the time of service, the Participants must submit a claim to obtain reimbursement for Covered Services.

    Participants must contact the BCBSTX to obtain preauthorization for non-emergency inpatient services.

- **Outpatient Services**

    Outpatient Services are available for the treatment of Emergency Services, Emergency Accident Care, Emergency Care, Emergency Medical Care and, Urgent Care.
    Physicians, urgent care centers and other outpatient providers located outside the BlueCard service area will typically require Participants to pay in full at the time of service. Participants must submit a claim to obtain reimbursement for Covered Services.

- **Submitting a Blue Cross Blue Shield Global Core Claim**

  When Participants pay for Covered Services outside the BlueCard service area, they must submit a claim to obtain reimbursement. For institutional and professional claims, Participants should complete a Blue Cross Blue Shield Global Core claim form and send the claim form with the provider's itemized bill(s) to the Blue Cross Blue Shield Global Core Service Center address on the form to initiate claims processing.  The claim form is available from the BCBSTX, the Blue Cross Blue Shield Global Core Service Center or online at www.bcbsglobalcore.com. If a Participant needs assistance with their claim submissions, they should call the Blue Cross Blue Shield Global Core Service Center at 1.800.810.BLUE (2583) or call collect at 1.804.673.1177, 24 hours a day, seven days a week.

VIII.    **NOTICE OF ANNUAL MEETING**

The Employer is hereby notified that it is a Member of Health Care Service Corporation, a Mutual Legal Reserve Company, and is entitled to vote either in person, by its designated representative or by proxy at all meetings of Members of said Company. The annual meeting is held at its principal office at 300 East Randolph Street, Chicago, Illinois each year on the last Tuesday in October at 12:30 p.m. BCBSTX pays indemnification or advances expenses to directors, officers, employees, or agents consistent with BCBSTX's bylaws then in force and as otherwise required by applicable law.  For purposes of the aforementioned paragraph the term "Member" means the group or trust to which this Contract has been issued. It does not include Participants under the Contract. Further, for purposes of determining the number of votes to which the Employer may be entitled, any reference in the Contract to "premium(s)" shall mean "charge(s)."

Certified Document Number: 86655652 - Page 23 of 27

### IMPORTANT INFORMATION ABOUT COVERAGE UNDER THE
### TEXAS LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION
### (For insurers declared insolvent or impaired on or after September 1, 2011)

Texas law establishes a system to protect Texas policyholders if their life or health insurance company fails. The Texas Life and Health Insurance Guaranty Association ("the Association") administers this protection system. Only the policyholders of insurance companies that are members of the Association are eligible for this protection which is subject to the terms, limitations, and conditions of the Association law. (The law is found in the *Texas Insurance Code*, Chapter 463.)

**It is possible that the Association may not protect all or part of your policy because of statutory limitations.**
**Eligibility for Protection by the Association**

When a member insurance company is found to be insolvent and placed under an order of liquidation by a court or designated as impaired by the Texas Commissioner of Insurance, the Association provides coverage to policyholders who are:
• Residents of Texas **(regardless of where the policyholder lived when the policy was issued)**
• Residents of other states, ONLY if the following conditions are met:
> The policyholder has a policy with a company domiciled in Texas;
> The policyholder's state of residence has a similar guaranty association; and
> The policyholder is *not eligible* for coverage by the guaranty association of the policyholder's state of residence.

### Limits of Protection by the Association

**Accident, Accident and Health, or Health Insurance:**
• For each individual covered under one or more policies: up to a total of $500,000 for basic hospital, medical-surgical, and major medical insurance, $300,000 for disability or long term care insurance, or $200,000 for other types of health insurance.

**Life Insurance:**
• Net cash surrender value or net cash withdrawal value up to a total of $100,000 under one or more policies on a single life; or
• Death benefits up to a total of $300,000 under one or more policies on a single life; or
• Total benefits up to a total of $5,000,000 to any owner of multiple non-group life policies.

**Individual Annuities:**
• Present value of benefits up to a total of $250,000 under one or more contracts on any one life.

**Group Annuities:**
• Present value of allocated benefits up to a total of $250,000 on any one life; or
• Present value of unallocated benefits up to a total of $5,000,000 for one contractholder regardless of the number of contracts.

**Aggregate Limit:**
• $300,000 on any one life with the exception of the $500,000 health insurance limit, the $5,000,000 multiple owner life insurance limit, and the $5,000,000 unallocated group annuity limit.

These limits are applied for each insolvent insurance company.

**Insurance companies and agents are prohibited by law from using the existence of the Association for the purpose of sales, solicitation, or inducement to purchase any form of insurance. When you are selecting an insurance company, you should not rely on Association coverage. For additional questions on Association rotection or general information about an insurance company, please use the following contact information.**

| | |
|---|---|
| Texas Life and Health Insurance | Texas Department of Insurance |
| Guaranty Association | P.O. Box 149104 |
| 515 Congress Avenue, Suite 1875 | Austin, Texas 78714-9104 |
| Austin, Texas 78701 | 800-252-3439 or www.tdi.state.tx.us |
| 800-982-6362 or www.txlifega.org www.txlifega.org | |

TXGADSM.OFF.EX.6.2018                    23

**EXHIBIT A. PLAN SERVICE AREA LISTING**

**APPLICABLE ONLY TO MANAGED HEALTH CARE BENEFIT COVERAGE**

**(In-Network and Out-of-Network Benefits)**

The information provided in this Exhibit is current as of the Contract Effective Date specified in the Benefit Program Application; however, additions and deletions may occur at any time in accordance with policies and procedures determined by the individual Blue Cross and/or Blue Shield Plan represented.

| STATE | BLUE CROSS AND/OR BLUE SHIELD PLAN | PLAN SERVICE AREA |
|-------|-----------------------------------|-------------------|
| **Alabama** | Blue Cross and Blue Shield of Alabama | State-wide |
| **Alaska** | Blue Cross of Washington and Alaska (Premera) | State-wide |
| **Arizona** | Blue Cross and Blue Shield of Arizona | State-wide |
| **Arkansas** | Arkansas Blue Cross and Blue Shield | State-wide |
| **California** | Blue Shield of California<br>Blue Cross of California | State-wide |
| **Colorado** | Blue Cross and Blue Shield of Colorado | State-wide |
| **Connecticut** | Anthem Blue Cross and Blue Shield (Connecticut) | State-wide |
| **Delaware** | Blue Cross and Blue Shield of Delaware | State-wide |
| **District of Columbia** | Care First Blue Cross and Blue Shield (DC) | State-wide (Maryland only) |
| **Florida** | Blue Cross and Blue Shield of Florida<br>(BlueCard PPO Network) | State-wide |
| **Georgia** | Blue Cross and Blue Shield of Georgia | State-wide |
| **Hawaii** | Blue Cross and Blue Shield of Hawaii | State-wide |
| **Idaho** | Blue Cross of Idaho<br>Regence Blue Shield of Idaho | State-wide |
| **Illinois** | Blue Cross and Blue Shield of Illinois | State-wide |
| **Indiana** | Anthem Blue Cross and Blue Shield (Indiana) | State-wide |
| **Iowa** | Wellmark Blue Cross and Blue Shield of Iowa | State-wide |
| **Kansas** | Blue Cross and Blue Shield of Kansas | State-wide, excluding Johnson and Wyandotte Counties |
| **Kentucky** | Anthem Blue Cross and Blue Shield (Kentucky) | State-wide |
| **Louisiana** | Blue Cross and Blue Shield of Louisiana<br>(Preferred Care PPO Network) | State-wide |
| **Maine** | Anthem Blue Cross and Blue Shield (Maine) | State-wide |
| **Maryland** | Care First BlueCross and BlueShield (Maryland) | State-wide |

| STATE | BLUE CROSS AND/OR BLUE SHIELD PLAN | PLAN SERVICE AREA |
|---|---|---|
| **Massachusetts** | Blue Cross and Blue Shield of Massachusetts | State-wide |
| **Michigan** | Blue Cross and Blue Shield of Michigan | State-wide |
| **Minnesota** | Blue Cross and Blue Shield of Minnesota | State-wide |
| **Mississippi** | Blue Cross and Blue Shield of Mississippi | State-wide |
| **Missouri** | Blue Cross and Blue Shield of Kansas City (Preferred Care Network) Alliance Blue Cross and Blue Shield (ST. Louis) | State-wide |
| **Montana** | Blue Cross and Blue Shield of Montana | State-wide |
| **Nebraska** | Blue Cross and Blue Shield of Nebraska | State-wide |
| **Nevada** | Blue Cross and Blue Shield of Nevada | State-wide |
| **New Hampshire** | Blue Cross and Blue Shield of New Hampshire | State-wide |
| **New Jersey** | Horizon Blue Cross and Blue Shield of New Jersey | State-wide |
| **New Mexico** | Blue Cross and Blue Shield of New Mexico | State-wide |
| **New York** | Empire Blue Cross and Blue Shield Blue Cross and Blue Shield of Western New York Blue Shield of Northeastern New York Blue Cross and Blue Shield of the Rochester Area Blue Cross and Blue Shield of Central New York Blue Cross and Blue Shield of Utica-Watertown | State-wide |
| **North Carolina** | Blue Cross and Blue Shield of North Carolina (Preferred Care Select Network) | State-wide |
| **North Dakota** | BlueCross BlueShield of North Dakota | State-wide |
| **Ohio** | Anthem Blue Cross and Blue Shield (Ohio) (Community Preferred Health Plan Network) | State-wide |
| **Oklahoma** | Blue Cross and Blue Shield of Oklahoma | State -wide |
| **Oregon** | Regence Blue Cross and Blue Shield of Oregon | State-wide |

Certified Document Number: 86655652 - Page 26 of 27

| STATE | BLUE CROSS AND/OR BLUE SHIELD PLAN | PLAN SERVICE AREA |
|---|---|---|
| **Pennsylvania** | Capital Blue Cross<br>Independence Blue Cross<br>Highmark Blue Cross and Blue Shield<br>*(Independence Blue Cross, Capital Blue Cross and Blue Cross of Northeastern Pennsylvania)*<br>Highmark Blue Cross and Blue Shield<br>Blue Cross of Northeastern Pennsylvania | State-wide |
| **Rhode Island** | Blue Cross and Blue Shield of Rhode Island | State-wide |
| **South Carolina** | Blue Cross and Blue Shield of South Carolina | State-wide |
| **South Dakota** | Wellmark Blue Cross and<br>Blue Shield of South Dakota | State-wide |
| **Tennessee** | Blue Cross and Blue Shield of Tennessee | State-wide |
| **Texas** | Blue Cross and Blue Shield of Texas | State-wide |
| **Utah** | Regence Blue Cross and Blue Shield of Utah | State-wide |
| **Vermont** | Blue Cross and Blue Shield of Vermont | State-wide |
| **Virginia** | Anthem Blue Cross and Blue Shield of South East | State-wide, exclusive of Amherst, Appomattox, Campbell, Culpeper counties and the city of Lynchburg |
| **Washington** | Premera Blue Cross<br>Regence Blue Shield<br>Northwest Washington Medical Bureau | State-wide |
| **West Virginia** | Mountain State Blue Cross and Blue Shield | State-wide |
| **Wisconsin** | Blue Cross and Blue Shield United of Wisconsin | State-wide |
| **Wyoming** | Blue Cross and Blue Shield of Wyoming | Laramie County, only |
| **Puerto Rico** | TRIPLE S and La Cruz Azul de Puerto Rico | Island-wide |



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   September 13, 2019

Certified Document Number:        86655652 Total Pages:  27

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**